**Opinion issued March 4, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-13-00720-CV

_____

## IN RE MEMORIAL HERMANN HOSPITAL SYSTEM, MEMORIAL HERMANN PHYSICIAN NETWORK, MICHAEL MACRIS, M.D., MICHAEL MACRIS, M.D., P.A., AND KEITH ALEXANDER, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On August 21, 2013, relators, Memorial Hermann Hospital System, Memorial Hermann Physician Network, Michael Macris, M.D., Michael Macris, M.D., P.A., and Keith Alexander, filed a petition for writ of mandamus, seeking to

compel the trial court to vacate its July 29, 2013 order on plaintiffs' motion to compel.[1]

We **deny** the petition for writ of mandamus and lift the stay order entered on August 22, 2013.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

---

[1] The underlying case is *Miguel A. Gomez, III, M.D., and Miguel A. Gomez, M.D., P.A. v. Memorial Hermann Hospital System, Memorial Hermann Physician Network, Michael P. Macris, M.D., Michael P. Macris, M.D., P.A., and Keith Alexander*, No. 2012-53962, in the 333rd District Court of Harris County, Texas, the Honorable Joseph "Tad" Halbach, Jr. presiding.